## ORDER

PER CURIAM

**AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Thomas Earl BECKER, Petitioner

No. 376 MAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Antoine POTEAT, Petitioner

No. 428 MAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

R.S., Respondent

v.

R.E.W., Petitioner

No. 293 MAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

William DICKS, Petitioner

v.

Philadelphia Common Pleas Judge Roger F. GORDON, Respondent

No. 91 EM 2017

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of October, 2017, the Petition for Writ of Mandamus is